IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| GLENN LESTER ROBINSON, | ) | |
|---|---|---|
| | ) | Civil Action No. 2: 13-cv-0499 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Senior United States District Judge |
| | ) | Maurice B. Cohill, Jr. |
| TABB BICKELL and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

Pending before the Court is the Petition for Writ of Habeas Corpus filed by Petitioner, Glenn Lester Robinson [ECF No. 1]. The matter was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on November 4, 2015 [ECF No. 22] recommending that the Petition for Writ of Habeas Corpus be denied and that no certificate of appealability be issued. Petitioner was served with the Report and Recommendation at his listed address and was advised that he had November 23, 2015, to file written objections to the Report and Recommendation. To date, no objections have been filed nor has Petitioner sought an extension of time in which to do so.

After *de novo* review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of January, 2016

IT IS ORDERED that the instant petition for writ of habeas corpus is **DENIED**.

IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation filed November 4, 2015 [ECF No. 22] is adopted as the opinion of the Court.

Maurice B. Cohill, Jr.
Senior District Court Judge

cc: GLENN LESTER ROBINSON
HB-4527
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112
(via U.S. First Class Mail)

Cory J. Schuster
Office of the District Attorney of Allegheny County
(via ECF electronic notification)

Kelly D. Tomasic
Office of the District Attorney of Allegheny County
(via ECF electronic notification)